IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01680-PAB-BNB

TOMMY J. GOMEZ,

Plaintiff,

v.

ACCOUNT BROKERS, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off** [docket no. 16, filed January 2, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **January 25, 2013**, for the limited purpose of accommodating the deposition of Melissa Gomez only.

DATED:  January 3, 2013