IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-01680-RM-BNB

TOMMY J. GOMEZ,

    Plaintiff,

v.

ACCOUNT BROKERS, INC,

    Defendant.

_____

**ORDER VACATING TRIAL AND SETTING FILING DEADLINE**
_____

    Pursuant to the filing of the **Notice of Settlement** [Docket No. 49, filed August 9, 2013], it has come to the attention of the Court that this matter has been resolved.  It is

    ORDERED that the **three-day** jury trial scheduled for **August 13, 2013** is VACATED; and

    IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **August 23, 2013**, or a status report addressing why dismissal has not been accomplished.

DATED: August 12, 2013.

                                  BY THE COURT:

                                  _____
                                  RAYMOND P. MOORE
                                  United States District Judge