**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil case no. 12-cv-01680-RM-BNB

TOMMY J. GOMEZ,

    Plaintiff,

v.

ACCOUNT BROKERS, INC.,

    Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

The Court, having reviewed the Stipulated Motion to Dismiss and being fully advised, hereby ORDERS as follows:

1. The parties' Stipulated Motion to Dismiss is GRANTED;

2. The above-captioned matter is DISMISSED WITH PREJUDICE; and

3. Each party shall bear his/her or its own costs and attorneys' fees.

DATED this 28th day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge